Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  14–21797–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| George N. Yorty Jr. | Carol D. Yorty |
| 13 Pin Oak Court | 13 Pin Oak Court |
| Turnersville, NJ 08012–2320 | Turnersville, NJ 08012–2320 |

Social Security No.:
  xxx–xx–7533                                          xxx–xx–9112

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on November 28, 2017.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: November 28, 2017
JAN: cmf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 14-21797-JNP
George N. Yorty, Jr.                                                Chapter 13
Carol D. Yorty
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 2          Date Rcvd: Nov 28, 2017
                             Form ID: 148          Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 30, 2017.
db/jdb        George N. Yorty, Jr.,   Carol D. Yorty,   13 Pin Oak Court,   Turnersville, NJ  08012-2320
514840698    +Apex Asset Management,   1891 Santa Barbara Dr St,   Lancaster, PA 17601-4106
515060041    +Bank of America, N.A.,   c/o Kivitz, McKeever, Lee P.C.,   701 Market Street, Suite 5000,
              Philadelphia, PA 19106-1541
515058349     CREDITONE, LLC,   PO BOX 625,   METAIRIE, LA 70004-0625
514840704     Discover Bank,   c/o Eichenbaum &Stylianou, LLC,   10 Forest Avenue - Suite 300,   PO Box 914,
              Paramus, NJ 07653-0914
514840706    +Eastern Account System,   75 Glen Rd Ste 110,   Sandy Hook, CT 06482-1175
514840709    +Ics Cap,   Po Box 599,   Colleyville, TX 76034-0599
514840713    +Specialized Loan Servi,   8742 Lucent Blvd Ste 300,   Highlands Ranch, CO 80129-2386
514878959    +Unifund CCR Partners Bank ONe Arizona NA,   c/o Nudelman Klemm & Golub PC,
              425 Eagle Rock Ave.,   Roseland, NJ 07068-1717

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Nov 28 2017 23:06:51    U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 28 2017 23:06:47    United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
cr            E-mail/Text: bankruptcy.bnc@ditech.com Nov 28 2017 23:06:33    Green Tree Servicing LLC,
              PO Box 6154,   Rapid City, SD  57709-6154
514906102     EDI: BECKLEE.COM Nov 28 2017 22:43:00    American Express Centurion Bank,
              c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
514875818     EDI: AIS.COM Nov 28 2017 22:43:00    American InfoSource LP as agent for,
              Midland Funding LLC,   PO Box 268941,   Oklahoma City, OK  73126-8941
514840699     EDI: BANKAMER.COM Nov 28 2017 22:43:00    Bk Of Amer,   4161 Piedmont Pkwy,
              Greensboro, NC 27410
514849245     EDI: RESURGENT.COM Nov 28 2017 22:43:00    CACH ,LLC,   PO Box 10587,
              Greenville, SC 29603-0587
514840700    +E-mail/Text: bankruptcy@cavps.com Nov 28 2017 23:07:09    Cavalry Portfolio Serv,
              Po Box 27288,   Tempe, AZ 85285-7288
514882659    +E-mail/Text: bankruptcy@cavps.com Nov 28 2017 23:07:09    Cavalry SPV II, LLC,
              500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
514840701    +EDI: SEARS.COM Nov 28 2017 22:43:00    Cbusasears,   8725 W. Sahara Ave  Mc 02/02/03,
              The Lakes, NV 89163-0001
514840702    +EDI: CITICORP.COM Nov 28 2017 22:43:00    Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
514840703    +EDI: WFNNB.COM Nov 28 2017 22:43:00    Comenitybank/Talbots,   Po Box 182120,
              Columbus, OH 43218-2120
514869150    +EDI: TSYS2.COM Nov 28 2017 22:43:00    Department Stores National Bank/Macy's,
              Bankruptcy Processing,   Po Box 8053,   Mason, OH 45040-8053
514869149    +EDI: TSYS2.COM Nov 28 2017 22:43:00    Department Stores National Bank/Macys,
              Bankruptcy Processing,   Po Box 8053,   Mason, OH 45040-8053
514850545     EDI: DISCOVER.COM Nov 28 2017 22:43:00    Discover Bank,   DB Servicing Corporation,
              PO Box 3025,   New Albany, OH  43054-3025
514840705    +EDI: DISCOVER.COM Nov 28 2017 22:43:00    Discover Fin Svcs Llc,   Po Box 15316,
              Wilmington, DE 19850-5316
514840707    +EDI: CITICORP.COM Nov 28 2017 22:43:00    Exxmblciti,   Po Box 6497,
              Sioux Falls, SD 57117-6497
514840708     EDI: RMSC.COM Nov 28 2017 22:43:00    Green Tree Servicing L,   332 Minnesota St Ste 610,
              Saint Paul, MN 55101
515080086     E-mail/Text: bankruptcy.bnc@ditech.com Nov 28 2017 23:06:33    Green Tree Servicing LLC,
              PO BOX 6154,   Rapid City, SD 57709-6154,   Telephone # 888-298-7785
514840710    +EDI: TSYS2.COM Nov 28 2017 22:43:00    Mcydsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
514977333    +EDI: MID8.COM Nov 28 2017 22:43:00    Midland Credit Management, Inc.,
              as agent for Asset Acceptance LLC,   PO Box 2036,   Warren, MI 48090-2036
514840711    +EDI: MID8.COM Nov 28 2017 22:43:00    Midland Funding,   8875 Aero Dr Ste 200,
              San Diego, CA 92123-2255
514877007     EDI: Q3G.COM Nov 28 2017 22:43:00    Quantum3 Group LLC as agent for,   Comenity Bank,
              PO Box 788,   Kirkland, WA  98083-0788
514881443    +E-mail/Text: mary@rabperformance.com Nov 28 2017 23:07:29    RAB Performance Recoveries, LLC,
              10 Forest Avenue, Suite 300,   Paramus, NJ 07652-5238
514840712    +EDI: CITICORP.COM Nov 28 2017 22:43:00    Shell/Citi,   Po Box 6497,
              Sioux Falls, SD 57117-6497
514840714    +EDI: CITICORP.COM Nov 28 2017 22:43:00    Sunoco/Cbn,   Po Box 6497,
              Sioux Falls, SD 57117-6497
                                                                                      TOTAL: 26

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                    TOTAL: 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0312-1          User: admin             Page 2 of 2          Date Rcvd: Nov 28, 2017
                              Form ID: 148             Total Noticed: 35


              ***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2017                                   Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 28, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
           SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A. SUCCESSOR BY MERGER TO BANK ONE, N.A.,
           AS INDENTURE TRUSTEE FOR CWABS MASTER TRUST, REVOLV dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor   DITECH FINANCIAL LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa (NA)   on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
          Joshua I. Goldman    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
           SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A. SUCCESSOR BY MERGER TO BANK ONE, N.A.,
           AS INDENTURE TRUSTEE FOR CWABS MASTER TRUST, REVOLV jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Raymond H. Shockley, Jr.   on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
          Robert P. Saltzman   on behalf of Creditor   Green Tree Servicing LLC dnj@pbslaw.org
          Scott H. Marcus    on behalf of Joint Debtor Carol D. Yorty smarcus@marcuslaw.net,
           scottmarcusecf@gmail.com,plaws@marcuslaw.net,ddemeo@marcuslaw.net
          Scott H. Marcus    on behalf of Debtor George N. Yorty, Jr. smarcus@marcuslaw.net,
           scottmarcusecf@gmail.com,plaws@marcuslaw.net,ddemeo@marcuslaw.net
                                                                             TOTAL: 10
```